[No. 19862-2-II.     Division Two.     April 4, 1997.]

MICHAEL E. BALCH, ET AL., *Appellants*, v. CHARLES D. SIMKINS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-01919-3, Leonard W. Kruse, J., entered August 18, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20082-1-II.     Division Two.     April 4, 1997.]

*In the Matter of the Marriage of* DARCY TAYLOR, *Respondent, and* NORMAN TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 93-3-01485-3, James D. Ladley, J., entered October 6, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 20126-7-II.     Division Two.     April 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY E. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-1-00366-7, F. Mark McCauley, J., entered October 30, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 20250-6-II.     Division Two.     April 4, 1997.]

GEORGE SINDELAR, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-2-01629-2, Gordon Godfrey, J., entered November 20, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.